UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

**BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER
(in his capacity as Trustee),**

**PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 INDUSTRY
DEVELOPMENT FUND, PLUMBERS LOCAL
75 APPRENTICESHIP TRAINING FUND,
PLUMBERS LOCAL 75 MARKET RECOVERY
FUND, PLUMBERS LOCAL 75 401(K) PLAN
and STEVE BREITLOW (in his capacity
as Trustee),**

            **Plaintiffs,**

v.                                                  **Case No. 10-CV-80**

**MORGAN CONTRACTORS, INC. and
MARVIN MORGAN,**

            **Defendants.**

---

### ORDER FOR JUDGMENT
### AS TO DEFENDANT MORGAN CONTRACTORS, INC.

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.     Defendant Morgan Contractors, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.  Defendant Morgan Contractors, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3.  As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees and costs.

4.  The court assesses the total damages to the Plaintiffs in the sum of $89,127.50.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Plumbers Local 75 Health Fund, Plumbers Local 75 Industry Development Fund, Plumbers Local 75 Apprenticeship Training Fund, Plumbers Local 75 Market Recovery Fund, Plumbers Local 75 401(k) Plan and Steve Breitlow and against Defendant Morgan Contractors, Inc. in the amount of $89,127.50 together with interest at the rate allowed by law.

Dated this 11th day of August, 2010.

BY THE COURT

*Barbara B. Crabb*
U. S. District Court Judge