UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER
(in his capacity as Trustee),

PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 INDUSTRY
DEVELOPMENT FUND, PLUMBERS LOCAL
75 APPRENTICESHIP TRAINING FUND,
PLUMBERS LOCAL 75 MARKET RECOVERY
FUND, PLUMBERS LOCAL 75 401(K) PLAN
and STEVE BREITLOW (in his capacity
as Trustee),

          Plaintiffs,

v.                                      Case No. 10-CV-80

MORGAN CONTRACTORS, INC. and
MARVIN MORGAN,

          Defendants.

---

ORDER FOR JUDGMENT
AS TO DEFENDANT MARVIN MORGAN

---

Request and application for default judgment brought by the Plaintiff Plumbers Local 75 401(k) Plan in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

      1.    Defendant Marvin Morgan has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Marvin Morgan violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Fund.

3. As a result of Defendant's failure, Plaintiff is entitled to damages consisting of unpaid contributions.

4. The court assesses the total damages to the Plaintiffs in the sum of $2,062.57.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiff Plumbers Local 75 401(k) Plan and against Defendant Marvin Morgan in the amount of $2,062.57 together with interest at the rate allowed by law.

Dated this 11th day of August, 2010.

BY THE COURT

Barbara B Crabb
U. S. District Court Judge