UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER
(in his capacity as Trustee),

PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 INDUSTRY
DEVELOPMENT FUND, PLUMBERS LOCAL
75 APPRENTICESHIP TRAINING FUND,
PLUMBERS LOCAL 75 MARKET RECOVERY
FUND, PLUMBERS LOCAL 75 401(K) PLAN
and STEVE BREITLOW (in his capacity
as Trustee),

                Plaintiffs,

v.                                                   Case No. 10-CV-80

MORGAN CONTRACTORS, INC. and
MARVIN MORGAN,

                Defendants.

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT MARVIN MORGAN**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff Plumbers Local 75 401(k) Plan recover from the Defendant Marvin Morgan the sum of $2,062.57 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this _11th_ day of _August_, 2010.

_Peter Oppeneer_
Clerk of Court

_____
Deputy Clerk

Approved as to form this _11th_ day of _August_, 2010.

_Barbara B. Crabb_
U. S. District Court Judge